NOT FOR PUBLICATION                                    **CLOSED**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE LG/ZENITH REAR            :        Civ. Action No.: 06-5609 (JLL)
PROJECTION TELEVISION           :
CLASS ACTION LITIGATION         :        ORDER
                                :
                                :

**LINARES, District Judge.**

The instant matter comes before the court by way of the parties' joint motion for final

certification and approval of the class settlement, filed on January 20, 2009 [CM/ECF #49]. A

fairness hearing on the settlement was held by this Court on February 2, 2009. For the reasons

set forth in the accompanying Opinion,

IT IS on this _____18th_____ day of February, 2009,

**ORDERED** that final class certification is GRANTED; and it is further

**ORDERED** that approval of the settlement is GRANTED; and it is further

**ORDERED** that approval of attorney's fees in the amount of $1,528,786.30 and costs in

the amount of $21,213.76 is hereby GRANTED; and it is further

**ORDERED** that approval of the class representative incentive awards is hereby

GRANTED; and it is further

**ORDERED** that the Clerk administratively close this case.

_____
United States District Judge

1